**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2408**

GREGORY BADER,

        Plaintiff - Appellant,

    v.

MARK CLIFFORD KURDYS; ROBERTS & STEVENS, P.A.,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Senior District Judge. (1:16-cv-00294-GCM)

Submitted: April 25, 2019               Decided: April 29, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory Bader, Appellant Pro Se. Cynthia L. Van Horne, POYNER SPRUILL, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Bader appeals the district court's orders denying relief on his claims against Defendants and granting summary judgment in favor of Defendants on their breach of contract counterclaim. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Bader v. Kurdys*, No. 1:16-cv-00294-GCM (W.D.N.C. Sept. 1, 2017, Oct. 2, 2018, & Oct. 31, 2018). We deny Bader's motion for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*